BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

FITZGERALD JOSEPH LLP
JACK FITZGERAL (257370)
PAUL K. JOSEPH (287057)
MELANIE PERSINGER (275423)
TREVOR M. FLYNN (253362)
CAROLINE S. EMHARDT (321222)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Tel: 619/215-1741
jack@fitzgeraldjoseph.com
paul@fitzgeraldjoseph.com
melanie@fitzgeraldjoseph.com
trevor@fitzgeraldjoseph.com
caroline@fitzgeraldjoseph.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public, | Case No. 3:20-cv-01704-JCS |
| Plaintiff, | **NOTICE OF APPEARANCE OF THOMAS J. O'REARDON II FOR PLAINTIFF HENRY YEH** |
| v. | |
| TESLA, INC., | **CLASS ACTION** |
| Defendant. | Magistrate Judge Joseph C. Spero Courtroom F, 15th Floor |
| | Complaint Filed: April 07, 2023 Trial Date: Not Set |
| | **JURY TRIAL DEMANDED** |

Case No. 3:23-cv-01704-JCS

BLOOD HURST & O' REARDON, LLP

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Thomas J. O'Reardon, II, of the firm Blood Hurst & O'Reardon, LLP, hereby enters his appearance as one of counsel of record on behalf of Plaintiff Henry Yeh in the above-captioned action. Please add Mr. O'Reardon to all service lists as an attorney to be noticed on all matters at the following address:

Thomas J. O'Reardon II (247952)
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100 / Fax: 619/338-1101
Email: toreardon@bholaw.com

Respectfully submitted,

Dated: April 10, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:        *s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

FITZGERALD JOSEPH LLP
JACK FITZGERAL (257370)
PAUL K. JOSEPH (287057)
MELANIE PERSINGER (275423)
TREVOR M. FLYNN (253362)
CAROLINE S. EMHARDT (321222)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Tel: 619/215-1741
jack@fitzgeraldjoseph.com
paul@fitzgeraldjoseph.com
melanie@fitzgeraldjoseph.com
trevor@fitzgeraldjoseph.com
caroline@fitzgeraldjoseph.com

*Attorneys for Plaintiff*

BLOOD HURST & O' REARDON, LLP

00201588

1

Case No. 3:23-cv-01704-JCS

NOTICE OF APPEARANCE OF THOMAS J. O'REARDON FOR PLAINTIFF HENRY YEH

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2023.

*s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
toreardon@bholaw.com

BLOOD HURST & O' REARDON, LLP

00201588

2                                          Case No. 3:23-cv-01704-JCS

NOTICE OF APPEARANCE OF THOMAS J. O'REARDON FOR PLAINTIFF HENRY YEH