| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
| | TIMOTHY G. BLOOD (149343) |
| 2 | THOMAS J. O'REARDON II (247952) |
| | JAMES M. DAVIS (301636) |
| 3 | 501 West Broadway, Suite 1490 |
| | San Diego, CA  92101 |
| 4 | Tel: 619/338-1100 |
| | 619/338-1101 (fax) |
| 5 | tblood@bholaw.com |
| | toreardon@bholaw.com |
| 6 | jdavis@bholaw.com |
| 7 | FITZGERALD JOSEPH LLP |
| | JACK FITZGERAL (257370) |
| 8 | PAUL K. JOSEPH (287057) |
| | MELANIE PERSINGER (275423) |
| 9 | TREVOR M. FLYNN (253362) |
| | CAROLINE S. EMHARDT (321222) |
| 10 | 2341 Jefferson Street, Suite 200 |
| | San Diego, CA  92110 |
| 11 | Tel: 619/215-1741 |
| | jack@fitzgeraldjoseph.com |
| 12 | paul@fitzgeraldjoseph.com |
| | melanie@fitzgeraldjoseph.com |
| 13 | trevor@fitzgeraldjoseph.com |
| | caroline@fitzgeraldjoseph.com |
| 14 | |
| | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public, | Case No. 3:20-cv-01704-JCS |
| Plaintiff, | **NOTICE OF APPEARANCE OF JAMES M. DAVIS FOR PLAINTIFF HENRY YEH** |
| v. | **CLASS ACTION** |
| TESLA, INC., | Magistrate Judge Joseph C. Spero |
| Defendant. | Courtroom F, 15th Floor |
| | Complaint Filed:   April 07, 2023 |
| | Trial Date:             Not Set |
| | **JURY TRIAL DEMANDED** |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that James M. Davis, of the firm Blood Hurst & O'Reardon, LLP, hereby enters his appearance as one of counsel of record on behalf of Plaintiff Henry Yeh in the above-captioned action. Please add Mr. Davis to all service lists as an attorney to be noticed on all matters at the following address:

> James M. Davis (301636)
> Blood Hurst & O'Reardon, LLP
> 501 West Broadway, Suite 1490
> San Diego, CA  92101
> Tel: 619/338-1100 / Fax: 619/338-1101
> Email: jdavis@bholaw.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 10, 2023 | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>JAMES M. DAVIS (301636) |
|  | By:           *s/ James M. Davis*<br>               JAMES M. DAVIS |
|  | 501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>jdavis@bholaw.com |
|  | FITZGERALD JOSEPH LLP<br>JACK FITZGERAL (257370)<br>PAUL K. JOSEPH (287057)<br>MELANIE PERSINGER (275423)<br>TREVOR M. FLYNN (253362)<br>CAROLINE S. EMHARDT (321222)<br>2341 Jefferson Street, Suite 200<br>San Diego, CA  92110<br>Tel: 619/215-1741<br>jack@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br>caroline@fitzgeraldjoseph.com |
|  | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2023.

*s/ James M. Davis*
JAMES M. DAVIS

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
jdavis@bholaw.com