1  **FITZGERALD JOSEPH LLP**
   JACK FITZGERALD (SBN 257370)
2  *jack@fitzgeraldjoseph.com*
   PAUL K. JOSEPH (SBN 287057)
3  *paul@fitzgeraldjoseph.com*
4  MELANIE PERSINGER (SBN 275423)
   *melanie@fitzgeraldjoseph.com*
5  TREVOR M. FLYNN (SBN 253362)
   *trevor@fitzgeraldjoseph.com*
6  CAROLINE S. EMHARDT (SBN 321222)
7  *caroline@fitzgeraldjoseph.com*
   2341 Jefferson Street, Suite 200
8  San Diego, California 92110
   Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public, | Case No. 23-cv-01704-JCS |
| Plaintiff, | **NOTICE OF APPEARANCE OF MELANIE PERSINGER** |
| v. | |
| TESLA, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Melanie Persinger hereby appears as additional counsel for Plaintiff in the above-captioned action. Ms. Persinger's contact information is as follows:

**FITZGERALD JOSEPH LLP**
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

All pleadings and papers should be served electronically in this action via ECF to melanie@fitzgeraldjoseph.com.

Dated: April 10, 2023                     /s/ Melanie Persinger

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiff*