**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT (SBN 321222)
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

***Counsel for Plaintiff***

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public,<br><br>                    Plaintiff,<br><br>          v.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No. 23-cv-01704-JCS<br><br>**NOTICE OF APPEARANCE OF PAUL K. JOSEPH** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Paul K. Joseph hereby appears as additional counsel for Plaintiff in the above-captioned action. Mr. Joseph's contact information is as follows:

> **FITZGERALD JOSEPH LLP**
> PAUL K. JOSEPH (SBN 287057)
> *paul@fitzgeraldjoseph.com*
> 2341 Jefferson Street, Suite 200
> San Diego, CA 92110
> Phone: (619) 215-1741

All pleadings and papers should be served electronically in this action via ECF to paul@fitzgeraldjoseph.com.

Dated: April 11, 2023                    /s/ Paul K. Joseph

> **FITZGERALD JOSEPH LLP**
> JACK FITZGERALD
> *jack@fitzgeraldjoseph.com*
> PAUL K. JOSEPH
> *paul@fitzgeraldjoseph.com*
> MELANIE PERSINGER
> *melanie@fitzgeraldjoseph.com*
> TREVOR M. FLYNN
> *trevor@fitzgeraldjoseph.com*
> CAROLINE S. EMHARDT
> *caroline@fitzgeraldjoseph.com*
> 2341 Jefferson Street, Suite 200
> San Diego, California 92110
> Phone: (619) 215-1741
>
> ***Counsel for Plaintiff***