AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TESLA, INC., c/o CT Corporation System
was received by me on *(date)* 4/11/2023

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tierica Williams (Intake Clerk) , who is
designated by law to accept service of process on behalf of *(name of organization)*
TESLA, INC., c/o CT Corporation System on *(date)* 4/12/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 165.00 for travel and $ 0 for services, for a total of $ 165.00

I declare under penalty of perjury that this information is true.

Date: 4/14/2023

*Server's signature*

Kenneth Frechette / Process Server
*Printed name and title*

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
*Server's address*

Additional information regarding attempted service, etc: