| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>David L. Schrader, Bar No. 149638<br>david.schrader@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel:   +1.213.612.2500<br>Fax:  +1.213.612.2501<br><br>Mark A. Feller, Bar No. 319789<br>mark.feller@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>Brian M. Ercole<br>(*pro hac vice forthcoming*)<br>brian.ercole@morganlewis.com<br>600 Brickell Ave, Suite 1600<br>Miami, FL 33131-3075<br>Tel: +1.305.415.3000<br>Fax: +1.305.415.3001<br><br>Attorneys for Defendant<br>TESLA, INC. | FITZGERALD JOSEPH LLP<br>JACK FITZGERALD (SBN 257370)<br>jack@fitzgeraldjoseph.com<br>PAUL K. JOSEPH (SBN 287057)<br>paul@fitzgeraldjoseph.com<br>MELANIE PERSINGER (SBN 275423)<br>melanie@fitzgeraldjoseph.com<br>TREVOR M. FLYNN (SBN 253362)<br>trevor@fitzgeraldjoseph.com<br>CAROLINE S. EMHARDT (SBN 321222)<br>caroline@fitzgeraldjoseph.com<br>2341 Jefferson Street, Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br><br>BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (SBN 149343)<br>tblood@bholaw.com<br>THOMAS J. O'REARDON II (SBN 247952)<br>toreardon@bholaw.com<br>JAMES M. DAVIS (SBN 301636)<br>jdavis@bholaw.com<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br><br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Judge: The Honorable Joseph C. Spero<br><br>Complaint served:   April 12, 2023<br>Current response date:  May 3, 2023<br>New response date:  June 3, 2023 |

Pursuant to Local Rule 6.1(a), Plaintiff Henry Yeh, on behalf of themselves and all others similarly situated, and Defendant Tesla, Inc. ("Tesla" and collectively with Plaintiff, the "Parties") through their counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Class Action Complaint ("Complaint") in the above-captioned matter on April 7, 2023.

2. The Complaint was served upon Tesla on April 12, 2023.

3. Tesla's deadline to answer, move against, or otherwise respond to the Complaint is currently May 3, 2023.

4. The Parties, through their respective counsel of record, have agreed that, pursuant to Local Rule 6.1(a), Tesla's deadline to answer, move against, or otherwise respond to the Complaint is extended by thirty (30) days up to and including June 3, 2023.

IT IS SO STIPULATED.

Dated: May 2, 2023                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ David L. Schrader*
    David L. Schrader
    Brian M. Ercole
    Mark A. Feller

    Attorneys for Defendant
    TESLA, INC.

Dated: May 2, 2023                    FITZGERALD JOSEPH LLP

By  */s/ Jack Fitzgerald*
    Jack Fitzgerald
    Paul K. Joseph

    Attorneys for Plaintiff

**L.R. 5-1(h)(3) Certification**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

*/s/ David L. Schrader*

David L. Schrader