MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**DEFENDANT TESLA INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:         Hon. Joseph C. Spero<br>Ctrm:          F, 15th Floor<br>Action Filed:  April 7, 2023 |

Defendant Tesla, Inc. ("Tesla") makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1: As a public company, Tesla does not have visibility into all of its stockholders and their ownership percentages. However, under SEC rules, anyone who beneficially owns more than 5% of Tesla stock must make a filing with the SEC. Based on such filings, Tesla does not know of any publicly held corporation, and there is no parent corporation, that owns 10% or more of our stock.

Dated: May 2, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ David L. Schrader*
David L. Schrader
Brian M. Ercole
Mark A. Feller

Attorneys for Defendant
TESLA, INC.