MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:     +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**DEFENDANT TESLA INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br><br>Judge:     Hon. Joseph C. Spero<br>Ctrm:     F, 15th Floor<br>Action Filed:  April 7, 2023 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Pursuant to Civil L.R. 3-15, the undersigned, on behalf of Defendant Tesla, Inc., certifies

2    that as of this date, there is no conflict or interest (other than the named parties) to report.

3

4    Dated: May 2, 2023                               MORGAN, LEWIS & BOCKIUS LLP

5

6                                                     By   /s/ David L. Schrader
                                                         David L. Schrader
7                                                        Brian M. Ercole
                                                         Mark A. Feller
8
                                                         Attorneys for Defendant
9                                                        TESLA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
DEFENDANT TESLA INC.'S CERTIFICATION OF CONFLICTS
AND INTERESTED ENTITIES OR PERSONS