MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Brian M. Ercole
(*pro hac vice* motion forthcoming)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**DECLARATION OF MINU SINHA IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLASS ACTION COMPLAINT**<br><br>Hon. Joseph C. Spero<br>Date:   July 7, 2023<br>Ctrm:  F, 15th Floor<br>Compl. Filed:   April 7, 2023 |

# DECLARATION OF MINU SINHA

I, Minu Sinha, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age. I am aware of the following based on my own personal knowledge and my review of relevant documents.

2. I am a Senior Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than ten years. My job responsibilities consist of software development and implementation, including with respect to Tesla's website. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

3. Tesla designs, manufactures, sells, and services a suite of high-performance, all-electric vehicles, including Tesla's Model Y vehicles. Tesla customers who want to buy or lease a new or used vehicle from Tesla can start that process by placing an order online through either the desktop or mobile version of Tesla's website. Regardless of how a customer accesses the online ordering process, the Order Payment screen is displayed to complete the order.

4. The Order Payment screen includes a button labeled "Place Order" (which at times in the past was labeled "Order") that customers must click to complete the purchase. For Model Y orders placed since 2019, the "Order"/"Place Order" button has always been accompanied by language stating, "By placing this order, I agree to the Model Y Order Agreement, Terms of Use, and Privacy Notice," or some slight variation of this language. At all relevant times, the text "Model Y Order Agreement" has been a direct hyperlink to an online copy of the referenced agreement, as indicated by bolded, colored and/or underlined text, which gave customers the opportunity to review the agreement before clicking the "Order"/"Place Order" button. This is true whether a customer placed their online order via mobile or desktop.

5. Tesla maintains, as part of its business, certain historical website information, including certain screenshots and linked documents associated with the Order Payment screen at different points of time.

6. I reviewed the Order Agreement for Henry Yeh ("Mr. Yeh") to confirm his order placement date as set forth below.

7. I further obtained from Tesla's internal records examples of the Order Payment screens for both the mobile and desktop version of Tesla's website that were in use at the time that Mr. Yeh placed his order. While Tesla's records do not specify whether an online order was placed through the mobile or desktop version of Tesla's website, placing an online order at all relevant times, including when Mr. Yeh did so, necessarily required him to click on either the desktop or mobile version of the Order Payment screens referenced below. In addition, the text displayed in the desktop version was and continues to be substantially identical to the mobile version; the two versions differ only slightly in the format.

8. An example of Tesla's Order Payment screen for desktop users is attached hereto as **Exhibit 1**. An example of Tesla's Order Payment screen for mobile users is attached hereto as **Exhibit 2**. These screenshots are substantially identical to what Mr. Yeh would have seen when placing his order on November 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June 2023, in Fremont, California.

*[signature]*
minu sinha (Jun 2, 2023 15:52 PDT)
Minu Sinha

# EXHIBIT 1



TESLA

Name on Card

Card Number

Expiration Month
01

Expiration Year
2021

CVV

Billing Zip Code

**Due Today**  $250
Non-refundable Order Fee

By placing this order, I agree to the Model Y Order Agreement, Terms of Use, and Privacy Notice.

PLACE ORDER

🌐 US

$63,990 Purchase price   |   $58,940 After potential savings

# EXHIBIT 2

Card Number

Expiration Month

01

Expiration Year

2021

CVV

Billing Zip Code

**Due Today** $250

Non-refundable Order Fee

By placing this order, I agree to the **Model Y Order Agreement**, **Terms of Use**, and **Privacy Notice**.

PLACE ORDER