UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS ACTION**<br><br>Hearing Date:   July 7, 2023<br>Time:   9:30 a.m.<br>Ctrm:   F, 15th Floor<br>Judge:   Hon. Joseph C. Spero<br><br>Compl. Filed:   April 7, 2023 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS ACTION

Defendant Tesla, Inc.'s ("Defendant") Motion To Compel Arbitration Of Plaintiff's Claims On An Individual Basis And To Dismiss the Action (the "Motion") came on regularly for hearing in the above-referenced Court. Having considered the papers submitted in support of and in opposition to the Motion, as well as admissible evidence and counsel's arguments in connection therewith, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff Henry Yeh is hereby compelled to arbitrate his claims against Defendant on an individual, non-class basis.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

DATED: _____

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS ACTION