UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(1), RULE 12(B)(6), AND RULE 9(B)**<br><br>Hearing Date:  July 7, 2023<br>Time:  9:30 a.m.<br>Ctrm:  F, 15th Floor<br>Judge:  Hon. Joseph C. Spero<br><br>Compl. Filed:  April 7, 2023 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Upon consideration of Defendant Tesla, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1), Rule 12(b)(6), and Rule 9(b) (the "Motion"), including all papers submitted in support of and in opposition to the Motion and counsel's arguments in connection the Motion, the Court hereby **GRANTS** the Motion in its entirety. This action is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

DATED: _____

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE