MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Brian M. Ercole
(*pro hac vice* motion forthcoming)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**DECLARATION OF MARK A. FELLER IN SUPPORT OF DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION PURSUANT TO RULE 7-11 TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE THE JULY 21, 2023 INITIAL CASE MANAGEMENT CONFERENCE PENDING A RULING ON ITS PENDING MOTION TO COMPEL ARBITRATION AND ITS ALTERNATIVE MOTION TO DISMISS PLAINTIFF'S CLAIMS**<br><br>Compl. Filed:    April 7, 2023 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF MARK A. FELLER ISO TESLA'S ADMINISTRATIVE MOTION TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

**DECLARATION OF MARK A. FELLER**

I, Mark A. Feller, hereby declare pursuant to 28 U.S.C. § 1746:

1.  I am an attorney at law, duly licensed to practice in the State of California and before this Court, and am an attorney with Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Tesla, Inc. ("Tesla") in this action. In accordance with Civil L.R. 7-11(a), I make this declaration in support of Tesla's Administrative Motion Pursuant To Rule 7-11 To Stay The Case Management Deadlines And Continue the July 21, 2023 Initial Case Management Conference Pending A Ruling On Its Pending Motion To Compel Arbitration And Its Alternative Motion To Dismiss Plaintiff's Claims.

2.  Prior to filing Tesla's pending Motion to Compel Arbitration (Dkt. No. 22) and Motion to Dismiss (Dkt. No. 23), I spoke with Plaintiff's counsel, Jack Fitzgerald, regarding a potential stipulation to stay all discovery and case management deadlines pending the resolution of the Motions. On June 2, 2023, Mr. Fitzgerald informed me that Plaintiff opposed the stipulation to stay.

3.  On June 9, 2023, I informed Mr. Fitzgerald that Tesla would be moving to stay the upcoming case management and discovery deadlines and to continue the case management conference. Mr. Fitzgerald stated that Plaintiff would oppose the motion to stay but agreed that it was appropriate for Tesla to raise the issue by way of administration motion. Accordingly, no stipulation could be obtained regarding Tesla's administrative motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June 2023, in El Cerrito, California.

/s/ Mark A. Feller
Mark A. Feller

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
DECLARATION OF MARK A. FELLER ISO TESLA'S ADMINISTRATIVE MOTION TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE