1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| HENRY YEH on behalf of himself, all others similarly situated, and the general public, | Case No. 3:23-cv-01704-JCS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION PURSUANT TO RULE 7-11 TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE THE JULY 21, 2023 INITIAL CASE MANAGEMENT CONFERENCE PENDING A RULING ON ITS PENDING MOTION TO COMPEL ARBITRATION AND ITS ALTERNATIVE MOTION TO DISMISS PLAINTIFF'S CLAIMS** |
| vs. | |
| TESLA, INC., | |
| Defendant. | |
| | Compl. Filed:      April 7, 2023 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S ADMINISTRATIVE MOTION PURSUANT TO RULE 7-11 TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE THE JULY 21, 2023 INITIAL CASE MANAGEMENT CONFERENCE PENDING A RULING ON ITS PENDING MOTIONS

Upon consideration of Defendant Tesla, Inc.'s ("Defendant") Administrative Motion Pursuant To Rule 7-11 To Stay The Case Management Deadlines And Continue the July 21, 2023 Initial Case Management Conference Pending A Ruling On Its Pending Motion To Compel Arbitration And Its Alternative Motion To Dismiss Plaintiff's Claims (the "Motion"), including all papers submitted in support of and in opposition to the Motion and counsel's arguments in connection the Motion, the Court hereby **GRANTS** the Motion in its entirety.

All case management and discovery deadlines, including those contained in the Court's April 10, 2023 Order (Dkt. No. 5), are **STAYED.**

The initial case management conference scheduled for July 21, 2023 is **CONTINUED** until the Court has ruled on the pending Motion to Compel Arbitration of Plaintiff's claims on an individual basis (Dkt. No. 22) and Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1), Rule 12(b)(6), and Rule 9(b) (Dkt. No. 23).  Depending on the resolution of those motions, the Court will issue new deadlines, if necessary.

**IT IS SO ORDERED**.

DATED: _____                    _____

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S ADMINISTRATIVE MOTION PURSUANT TO RULE 7-11 TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE THE JULY 21, 2023 INITIAL CASE MANAGEMENT CONFERENCE PENDING A RULING ON ITS PENDING MOTIONS