| | |
|---|---|
| **FITZGERALD JOSEPH LLP**<br>JACK FITZGERALD (SBN 257370)<br>*jack@fitzgeraldjoseph.com*<br>PAUL K. JOSEPH (SBN 287057)<br>*paul@fitzgeraldjoseph.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@fitzgeraldjoseph.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@fitzgeraldjoseph.com*<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Phone: (619) 215-1741<br><br>**BLOOD HURST & O'REARDON, LLP**<br>TIMOTHY G. BLOOD (SBN 149343)<br>*tblood@bholaw.com*<br>THOMAS J. O'REARDON II (SBN 247952)<br>*toreardon@bholaw.com*<br>JAMES M. DAVIS (SBN 301636)<br>*jdavis@bholaw.com*<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br><br>*Attorneys for Plaintiff Henry Yeh* | **MORGAN, LEWIS & BROKIUS, LLP**<br>David L. Schrader (SBN 149638)<br>*david.schrader@morganlewis.com*<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071<br>Phone: (213) 612-2500<br><br>Mark A. Feller (SBN 319789)<br>*mark.feller@morganlewis.com*<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Phone: (415) 442-1000<br><br>Brian M. Ercole (*phv* motion forthcoming)<br>*brian.ercole@morganlewis.com*<br>600 Brickell Ave., Suite 1600<br>Miami, Florida 33131<br>Phone: (305) 415-3000<br><br>*Attorneys for Defendant Tesla, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public,<br><br>        Plaintiff,<br><br>        v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No: 23-cv-1704-JCS<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF TO RESPOND TO TESLA'S MOTIONS TO COMPEL ARBITRATION OR DISMISS, AND TO EXTEND RELATED BRIEFING SCHEDULE**<br><br>[N.D. Cal. Civ. L.R. 6-1(b) & 6-2]<br><br>Judge:     Hon. Joseph C. Spero |

1    Pursuant to N.D. Cal. Civ. L.R. 6-1 and 6-2, and as supported by the Declaration of Jack Fitzgerald filed herewith, Plaintiff Henry Yeh and Defendant Tesla, Inc. (together, the "Parties"), by and through their undersigned counsel, stipulate and move the Court as follows:

WHEREAS, Plaintiff filed this action on April 7, 2023;

WHEREAS, on June 2, 2023, Tesla filed a Motion to Compel Arbitration (Dkt. No. 22) and, in the alternative, a Motion to Dismiss (Dkt. No. 23) (together, the "Motions"), which raise a number of complex legal and factual issues;

WHEREAS, Plaintiff's response to the Motions is currently due Friday, June 16, 2023;

WHEREAS, pursuant to Fed. R. Civ. P. 15, Plaintiff has the right to file an Amended Complaint within 21 days after Tesla filed its Motion to Dismiss, *i.e.*, by June 23, 2023;

WHEREAS, Plaintiff is considering a number of options in response to the motions, including opposing the motions and amending the Complaint and the Parties are also discussing the possibility of resolving the matter without extensive additional litigation;

WHEREAS, the attorneys of one of Plaintiff's counsel, Blood Hurst & O'Reardon, LLP, including Mr. Timothy G. Blood, are currently in trial, which began on June 8, such that Plaintiff's counsel have been unable to adequately collaborate on Plaintiff's response;

WHEREAS, as a result of Mr. Blood's trial, Plaintiff requested, and Tesla agreed to an extension of time for Plaintiff to respond to the Motions to June 30, 2023;

WHEREAS, Plaintiff agreed, in light of such an extension, to stipulation for additional time for Tesla to respond to any opposition to the Motions, until July 14, 2023;

WHEREAS, this request constitutes the Parties' first request to extend the time for Plaintiff to respond to the Motions (the Parties previously agreed to extend by 30 days Tesla's time to respond to the Complaint, Dkt. No. 16);

THEREFORE, the Parties having met and conferred and, through their respective counsel, stipulate to the following briefing schedule with respect to Tesla's Motions:

1.    Plaintiff shall file any Amended Complaint and/or opposition to Tesla's Motions on or before June 30, 2023;

2. Tesla shall file any reply in support of its Motions, and/or any response to an Amended Complaint on or before July 14, 2023;

3. The hearing on Tesla's Motions shall remain scheduled for July 21, 2023, at 9:30 a.m., unless continued by the Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 13, 2023                    By: /s/ Jack Fitzgerald
                                        **FITZGERALD JOSEPH LLP**
                                        JACK FITZGERALD
                                        *jack@fitzgeraldjoseph.com*
                                        2341 Jefferson Street, Suite 200
                                        San Diego, CA 92110
                                        Phone: (619) 215-1741

                                        *Attorneys for Plaintiff Henry Yeh*


Dated: June 13, 2023                    /s/ Mark A. Feller
                                        **MORGAN, LEWIS & BROKIUS, LLP**
                                        Mark A. Feller
                                        *mark.feller@morganlewis.com*
                                        One Market, Spear Street Tower
                                        San Francisco, CA 94105
                                        Phone: (415) 442-1000

                                        *Attorneys for Defendant Tesla, Inc.*


**SIGNATURE ATTESTATION**

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: June 13, 2023                    /s/ Jack Fitzgerald
                                        Jack Fitzgerald