**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Attorneys for Plaintiff Henry Yeh*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No: 23-cv-1704-JCS<br><br>**DECLARATION OF JACK FITZGERALD IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF TO RESPOND TO TESLA'S MOTIONS TO COMPEL ARBITRATION OR DISMISS, AND TO EXTEND RELATED BRIEFING SCHEDULE**<br><br>[N.D. Cal. Civ. L.R. 6-1(b) & 6-2]<br><br>Judge:   Hon. Joseph C. Spero |

I, Jack Fitzgerald, declare:

1. I am a member in good standing of the State Bars of California and New York; and of the United States District Courts for the Northern, Central and Southern Districts of California, the Southern and Eastern Districts of New York, and the Western District of Wisconsin; and of the United States Courts of Appeal for the Second, Eighth, and Ninth Circuits. I make this declaration based on my own personal knowledge, in support of the Parties' Stipulated Request for an Order Changing Time.

2. On Friday, June 2, 2023, Tesla filed a Motion to Compel Arbitration and Motion to Dismiss the Complaint. The following week, on Thursday, June 8, 2023, Plaintiff's counsel Timothy G. Blood and his firm, Blood Hurst & O'Reardon, LLP, commenced a civil RICO trial in *Aliff et al. v. Vervent, Inc. et al.*, No. 20-cv-697-DMS-AHG (S.D. Cal.), which is continuing and expected to last through at least the end of this week, if not longer.

3. After reviewing Tesla's motions, Plaintiff is considering several options, including amending his Complaint or opposing the motions. Because of Mr. Blood's trial schedule, however, I have been unable to adequately confer with him to collaborate on a response to Tesla's Motion to Compel Arbitration and Motion to Dismiss, each of which raise several complex issues that need serious attention and consideration. As a result, I asked Tesla's counsel if Tesla would agree to a two-week extension of the time for Plaintiff to oppose its motions (if he so chooses) and a corresponding one-week extension of the time under Rule 15 for Plaintiff to amend his Complaint as a matter of right (if he so chooses), such that the deadline for either be changed to June 30, 2023. Tesla agreed provided that, given the July 4 holiday, its deadline to respond to any opposition to the Motions be extended by a week, to July 14.

4. In addition, the Parties are discussing the possibility of resolving the matter without significant additional litigation.

5. The Parties have previously only sought one extension in the case, when they sought a 30-day extension of Tesla's time to respond to the Complaint (Dkt. No. 16).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of June, 2023, in San Diego, California.

By:   /s/ Jack Fitzgerald
      Jack Fitzgerald