# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No: 23-cv-1704-JCS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Judge:　　Hon. Joseph C. Spero |

The Court, having considered the parties' Stipulated Request for Order Changing Time, and finding good cause, HEREBY ORDERS:

1. Plaintiff shall file any Amended Complaint and/or opposition to Tesla's Motion to Compel Arbitration (Dkt. No. 22) and Motion to Dismiss (Dkt. No. 23) (the "Motions") on or before June 30, 2023;

2. Tesla shall file any reply in support of its Motions, and/or any response to an Amended Complaint on or before July 14, 2023.

**IT IS SO ORDERED.**

Dated: _____, 2023      _____
Hon. Joseph C. Spero
United States District Court Chief Magistrate Judge