1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

7
8

| | |
|---|---|
| HENRY YEH, on behalf of himself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No: 23-cv-1704-JCS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Judge:     Hon. Joseph C. Spero |

The Court, having considered the parties' Stipulated Request for Order Changing Time, and finding good cause, HEREBY ORDERS:

1. Plaintiff shall file any Amended Complaint and/or opposition to Tesla's Motion to Compel Arbitration (Dkt. No. 22) and Motion to Dismiss (Dkt. No. 23) (the "Motions") on or before June 30, 2023;

2. Tesla shall file any reply in support of its Motions, and/or any response to an Amended Complaint on or before July 14, 2023.

3. **The hearing on Tesla's Motions will be heard on August 18, 2023, at 9:30 AM by Zoom video. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

**IT IS SO ORDERED AS MODIFIED.**

Dated: June 13, 2023

_____
Hon. Joseph C. Spero
United States Magistrate Judge