UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry Yeh           , <br><br>        Plaintiff(s), <br><br>   v. <br><br> Tesla, Inc.         , <br><br>        Defendant(s). | Case No. 3:23-cv-01704-JCS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

   I, Brian M. Ercole, an active member in good standing of the bar of Pennsylvania, New Jersey & Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Tesla, Inc. in the above-entitled action. My local co-counsel in this case is David L. Schrader, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 149638.

| 600 Brickell Ave, Ste 1600, Miami, FL 33131 | 300 S. Grand Ave, Los Angeles, CA 90071 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 1.305.415.3000 | 1.213.612.2500 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brian.ercole@morganlewis.com | david.schrader@morganlewis.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: see attached.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: June 2, 2023                                              Brian M. Ercole
                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian M. Ercole is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  6/14/2023

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

**BRIAN M. ERCOLE – COURT ADMISSIONS**

| Court | Bar Number | Date Admitted |
|---|---|---|
| Florida | 102189 | 03/15/2013 |
| New Jersey | 38692003 | 06/11/2004 |
| Pennsylvania | 91591 | 11/06/2003 |

# BRIAN ERCOLE
## -COURT ADMISSIONS-

## ADMITTED TO THE FLORIDA BAR: 03/15/2013
## BAR NO. 102189

| COURT | STATUS | DATE ADMITTED |
|---|---|---|
| U.S.D.C., Southern District of Florida | Active | 08/16/2013 |
| U.S.D.C., Middle District of Florida | Active | 06/26/2014 |
|  |  |  |
| Pennsylvania Bar | Active | 11/6/2003<br>Bar No. 91591 |
| USDC, Eastern District of Pennsylvania | Active | 08/26/2008 |
|  |  |  |
| New Jersey Bar | Active | 6/11/2004<br>Bar No. 38692003 |
|  |  |  |
| US Court of Appeals, 1st Cir. | Active | 05/29/2014 |
| US Court of Appeals, 3rd Cir. | Active | 09/26/2014 |
| US Court of Appeals, 5th Cir. | Active | 10/22/2015 |
| US Court of Appeals, 6th Cir. | Active | 11/29/2018 |
| US Court of Appeals, 10th Cir. | Active | 05/07/2007 |
| US Court of Appeals, 11th Cir. | Active | 03/28/2014 |
|  |  |  |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida     )

County of Leon     )         In Re:   0102189  
Brian Michael Ercole  
Morgan Lewis & Bockius LLP 600 Brickell Ave Ste 1600  
Miami, FL 33131-3075

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **March 15, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  15th  day of **May, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-228656





## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Brian Michael Ercole, Esq.*

DATE OF ADMISSION

*November 6, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 5, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Brian Michael Ercole** (No. **038692003**) was constituted and appointed an Attorney at Law of New Jersey on **June 11, 2004** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 12th day of May, 2023.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-