UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-01704-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION PURSUANT TO RULE 7-11 TO STAY THE CASE MANAGEMENT DEADLINES AND CONTINUE THE JULY 21, 2023 INITIAL CASE MANAGEMENT CONFERENCE PENDING A RULING ON ITS PENDING MOTION TO COMPEL ARBITRATION AND ITS ALTERNATIVE MOTION TO DISMISS PLAINTIFF'S CLAIMS**<br><br>Re: Dkt. No. 25 |

Tesla has filed an administrative motion requesting that the Court continue the case management deadlines under Civil Local Rule 7-11 and the Case Management Conference currently set for July 21, 2023 until after the Court has ruled on its pending motions, dkt. nos. 22 and 23 ("Administrative Motion"). The Administrative Motion is GRANTED to the extent that the Court continues the July 21, 2023 Case Management Conference to August 18, 2023 at 9:30 a.m. by Zoom video. Zoom Webinar ID: 161 926 0804. Passcode: 050855. In all other respects, the Administrative Motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 15, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge