# Exhibit 1

⬛ TESLA                                                                                                    Menu

‹ Back

# Customer Privacy Notice

Your privacy is and will always be enormously important to us. Our Privacy Notice is designed to provide transparency into our data practices in a format that is easy to read and navigate. Please read the sections below to understand how we collect, use, share, and safeguard your information in order to offer you the most seamless vehicle and energy experience imaginable.

## Privacy From Day One

Your Tesla generates vehicle, diagnostic, infotainment system, and Autopilot data. To protect your privacy from the moment you take delivery, Tesla does not associate the vehicle data generated by your driving with your identity or account by default. As a result, no one but you would have knowledge of your activities, location or a history of where you've been. Your in-vehicle experiences are also protected. From features such as voice commands, to surfing the web on your touchscreen, your information is kept private and secure, ensuring the infotainment data collected is not linked to your identity or account.

Tesla vehicles are equipped with a camera suite designed from the ground up to protect your privacy while providing advanced features such as Autopilot, Smart Summon, and Autopark. To recognize things like lane lines, street signs and traffic light positions, Autopilot data from the camera suite is processed directly without leaving your vehicle by default. In order for camera recordings for fleet learning to be shared with Tesla, your consent for Data Sharing is required and can be controlled through the vehicle's touchscreen at any time. Even if you choose to opt-in, unless we receive the data as a result of a safety event (a vehicle collision or airbag deployment) — camera recordings remain anonymous and are not linked to you or your vehicle.

Additionally, from Powerwall to Solar Roof, your Energy products are designed to protect your privacy. Tesla aims to collect a minimum amount of personal data necessary for displaying your in-app energy experience, providing services to you, and for improving your energy products. We are also committed to only share your personal data when needed to operate or service your product, or we will ask for your permission.

Information We May Collect
How We May Use Your Information
Sharing Your Information
Choice and Transparency
Privacy Questions

## Information We May Collect

We may collect three main types of information related to you or your use of our products and services:

- Information from or about you
- Information from or about your Tesla vehicle
- Information from or about your Tesla energy products

Depending on the Tesla products and services you request, own, or use, not all of these types of information may be applicable to you.

Show less

- When You Interact With Us Before Purchase
- When You Are a Tesla Customer

### When You Interact With Us Before Purchase

When you visit our website, stores and galleries, attend a Tesla event, perform a test drive, contact us with questions or for product information (in person, online, telephone, and email), we may collect a variety of

information from or about you, your vehicle, devices, or from third parties. For example, data we collect may include:

## Information from or about you

| Categories of Data | Description | Purpose and Legal Basis |
|---|---|---|
| Contact Information | Your name, address, region, email, phone number, contact preference | To communicate with you, process your request, and provide products or services, based on consent or our contract with you |
| Communications or interactions | Your requests for information, calls, emails, or in person communications, tours, newsletter, Tesla events, and test drives | To communicate with you, confirm eligibility, and provide products or services based on consent or our contract with you |
| Network activity information | Your device model, browser type, operating system, region, IP address, pixel tags, cookies | Optimize website and app performance, based on either your consent, our contract with you and/or our legitimate interests in improving user experience and security |

We may also receive information about you from sources such as public databases, joint marketing partners, certified installers, affiliates and business partners, and social media platforms.

> **Cookies and other similar technologies:** Cookies are pieces of information stored directly on the computer that you are using. When you visit our website, we may use essential cookies, to provide you with a service requested by you or when this is necessary for the functioning of our website. Additionally, we may also use analytics and marketing cookies in locations where the placement of such cookies does not require user consent.

## When You Are a Tesla Customer

If you are a Tesla product or service owner, we may also collect other information from or about you, your Tesla vehicle, energy product, or from third parties. We may collect such information either through remote access or in person (for example, during a service appointment). Depending on which of our products and services you request or use, not all of these types of information may be applicable to you.

**Tesla Account:** Customers who purchase certain Tesla products may also create a Tesla Account, which is hosted on our website. You can access your Tesla Account to update the information from or about you in that account at any time. The information contained in your account includes:

- The status of your order
- Your customer registration information
- Warranty and other documentation for your Tesla products
- Supercharger history
- Payment method information
- Other general information about your Tesla products (for example, vehicle identification number or other product serial numbers, service plan information, or connectivity package), insurance forms, driver's licenses, financing agreements, and similar information.

## Information from or about you

| Categories of Data | Description | Purpose and Legal Basis |
|---|---|---|
| Order information | Your purchase details, order agreement, trade-in information, and other pre-delivery documents such as driver's license or government identification | To fulfill your request for products and services based on our contract with you |
| Financial information | Your payment method, bank account number, credit card details, financing, lease, or credit application information | To process your payment for the product or service purchased based on our contract with you |
| Customer support activity | Customer interactions, date, resolutions, towing services, Roadside Assistance | To provide customer service and technical support based on our contract with you and our legitimate interests regarding customer satisfaction |

## Information from or about your Tesla vehicle

| Categories of Data | Description | Purpose and Legal Basis |
|---|---|---|
| Vehicle type | Vehicle year, make, model, vehicle identification number, configuration | To fulfill your request for products and services based on our contract with you |
| Vehicle data | Telemetry regarding performance, usage, operation, and health of your vehicle | To provide you with services, maintenance (including remote vehicle diagnostics and support), and improve your vehicle over time based on either your consent, our contract with you, or our legitimate interests in ensuring the safety, security and improvement of our products |
| Charging information | Charging station used, utilization, charge rate, battery analytics and performance | To fulfill your request for services based on our contract with you, improve charging network based on our legitimate interests |
| Diagnostic data | Logs for identifying and troubleshooting unexpected software or connectivity issues, and other debugging log reports | To triage and fix software or product issues (including remote vehicle diagnostics and support) based either on our contract with you, or our legitimate interests to ensure the safety, security and improvement of our products |
| Infotainment system data | Analytics regarding infotainment usage such as function successfully or unsuccessfully loaded | To provide you with services, maintenance (including remote vehicle diagnostics and support), and improve your vehicle over time, based on either your consent, our contract with you, or our legitimate interests to ensure the safety, security and improvement of our products |
| Tesla mobile app information | Analytics regarding mobile app usage such as function successfully or unsuccessfully loaded | To ensure reliability of the app, and perform maintenance, based on our legitimate interests in improving user experience and the security and stability of our services |
| Autopilot data | Vehicle equipped camera suite that provides advanced features such as Autopilot, Smart Summon, and Autopark | To provide you with services based on our contract with you, maintenance (including remote vehicle diagnostics and support), and improve Autopilot capabilities over time in line with our legitimate interests in improving our products, and ensuring the security and performance of our services |
| Tesla service and repair history | Service facility, date, mileage, repairs conducted, estimate and cost, parts details, and other similar information | To provide service and repairs based on our contract with you, reporting, improve quality and cost in line with our legitimate interests to improve internal business processes |

## Information from or about your Tesla energy products

| Categories of Data | Description | Purpose and Legal Basis |
|---|---|---|
| Energy installation data | Home details, such as dimensions of your roof, electric system configuration, existing solar capacity, installation date, and energy serial number | To fulfill your request for products and services based on our contract with you |
| Energy product data | Data regarding performance, usage, operation, battery efficiency, and condition of your energy product | To provide you with services, security of functionality, and improve our products over time based on our legitimate interests |
| Energy diagnostic logs | Logs for identifying and troubleshooting unexpected software | To triage and fix software or product issues (including remote vehicle |

| Categories of Data | Description | Purpose and Legal Basis |
|---|---|---|
| | or connectivity issues, and other debugging log reports | diagnostics and support) based on our legitimate interests in ensuring product safety and performance |

There are four categories of data generated by your Tesla vehicle: Vehicle Data, Diagnostic Data, Infotainment System Data, and Autopilot Data.

1. **Vehicle Data**
   In order to support your vehicle's continuous performance, predictive maintenance, and improved functionality and experience, your Tesla collects and processes vehicle data related to the usage, operation, and condition of your vehicle. This information is used to triage and fix potential issues, and continuously improve your vehicle and services to you. To protect your privacy, by default, this vehicle data is either in a form that is not associated with your account or VIN, is stored in an encrypted format that Tesla cannot decrypt, or remains inaccessible unless a specific event is triggered:

   - If your vehicle may require, or you otherwise request service or repair
   - If there is an occurrence of a safety event (such as vehicle collision, airbag deployment or emergency braking event)
   - If your vehicle requires safety services such as emergency response or Roadside Assistance
   - If your vehicle experiences a hardware or software issue which may be inspected and addressed through a future software update or other resolution
   - If you provide your consent, or another legal basis is applicable

   We clearly define the vehicle data which we collect and don't collect. Tesla does not link your location with your account or identity, or keep a history of where you've been. Examples of the vehicle data collected include: speed information, odometer readings, vehicle component signals, internet connectivity status, battery use management information, battery charging history, electrical system functions, software version information, infotainment system data, safety-related data and camera images (including information regarding the vehicle's SRS systems, braking and acceleration, security, and e-brake); short video clips of accidents; information regarding Autopilot engagements, Summon, Sentry and other features, and other data to assist in identifying issues and analyzing the performance of the vehicle.

   **Location Services:** Your Tesla vehicle uses location to power features such as in-vehicle maps, navigation, or mobile app location services. Location Services may use a combination of GPS, Bluetooth, IP address, and Wi-Fi and mobile towers to figure out where you are. To protect your privacy, location data is either processed directly without leaving your vehicle, is in a form that does not personally identify you, or remains inaccessible to Tesla. For safety purposes, your vehicle's location may be used when you experience a safety event (such as a collision, an airbag deployment, or automatic emergency braking event) to aid response efforts. This means that unless captured as a result of a safety event— Tesla does not link your location to your identity or know where you've been. You may also choose to enable or disable the collection of 'Road Segment Data Analytics' at any time within your vehicle's touch screen by navigating to Software > Data Sharing. Please note, some advanced features such as real-time traffic and intelligent routing rely on such data.

   **Safety analysis data:** In order to help improve our products and services, we may collect and store other vehicle data that might contain information that identifies you or your vehicle's VIN, including: data about accidents or near accident-like circumstances involving your Tesla vehicle (for example, Airbag deployment or automatic emergency braking event); data about remote services (for example, remote lock/unlock, start/stop charge, and honk-the-horn commands); a data report to confirm that your vehicle is online together with information about the current software version and certain telematics data; data about any issues that could materially impair operation of your vehicle; data about any safety-critical issues; and data about each software and firmware update.

   **Advanced features:** Certain features such as real-time traffic, navigation, intelligent routing, Autopilot, and Summon, may require road segment data to function as intended. To protect your privacy, you may enable or disable the collection of this data at any time (Software > Data Sharing). If enabled, we may share this data in a way that does not identify your account or VIN with partners in order to help us improve and provide the service to you. This sharing may occur even if you are not actively using a feature that needs this information.

   **Charging information:** We may collect information regarding the charge rate and charging stations used by you (including use of superchargers, as well as home or commercial outlets) in order to, for example, analyze which charging stations are being utilized, how long and efficient battery charges are, where additional charging stations are needed, and in some jurisdictions, participate in certain government incentive or credit programs.

   **Service history:** In order to facilitate the service and repair of your vehicle, we may collect and process data about the service history from Tesla service centers or affiliated third-party approved body shops. This includes information such as name, VIN, repair history, parts details,

estimate and costs, outstanding recalls, bills due, customer complaints, and any other information related to the vehicle's service history.

**Opting out of vehicle data:** Connectivity and performance is a core part of all Tesla vehicles and why some customers choose Tesla, allowing for advanced features and an enhanced driving experience. By default, Tesla provides this seamless experience while protecting your privacy. However, if you no longer wish for us to collect vehicle data or any other data from your Tesla vehicle, please contact us to deactivate connectivity. Please note, certain advanced features such as over-the-air updates, remote services, and interactivity with mobile applications and in-car features such as location search, Internet radio, voice commands, and web browser functionality rely on such connectivity. If you choose to opt out of vehicle data collection (with the exception of in-car Data Sharing preferences), we will not be able to know or notify you of issues applicable to your vehicle in real time. This may result in your vehicle suffering from reduced functionality, serious damage, or inoperability.

2. **Diagnostic Data**
Tesla uses diagnostic logs to keep our products and services up to date, troubleshoot or debug problems, and make continuous improvements. We aim to collect the minimum level of diagnostic data necessary to help keep your vehicle or energy product reliable, secure, and operating normally. Diagnostics may include details about vehicle configuration, firmware, energy use, electronic systems state, and other system-to-system data used to identify bugs and conduct technical evaluations. On specific events, we use diagnostic logs as basic error information to help determine whether the problems experienced can be addressed by an immediate or future software release.

3. **Infotainment System Data**
When using your vehicle's touchscreen, Tesla may collect certain information that is either stored on the vehicle itself, or if shared with us, is not associated with your account or VIN by default. To protect your privacy, your in-vehicle browser history and sign-in credentials are not shared with Tesla. The Infotainment system data collected may include, for example, aggregated counts of the features or apps used, playback and browsing metadata (such as radio listening time and channel), and approximate location for local radio options. For certain infotainment apps that require sign-in, if you do not have your own account, Tesla offers the option to use the app with a Tesla provisioned account instead. If you choose to use a Tesla provisioned account, then your infotainment system data for that specific app may be associated with your account or VIN. Additionally, if you experience performance issues with your infotainment and require support, Tesla may retrieve certain infotainment system data to fulfill your request, effectively troubleshoot or debug the issue, and improve our products and services.

**Voice commands:** Each Tesla is equipped with the ability for you to use your voice to speak commands to the vehicle. To support ongoing quality improvements, Tesla captures and processes the transcription of the command (such as "set the temperature…"). To protect your privacy, audio voice recordings are not captured, and the transcription of the command is not associated with your account or VIN. In addition, Tesla does not collect any information when using voice-to-text, as such your text messages are never sent to Tesla.

**Tesla mobile app:** The Tesla app puts owners in direct communication with their vehicles. With the app, you have the capability to do things like check your vehicle's charging progress in real time and start/stop charging, heat/cool the cabin before driving, lock/unlock the vehicle from afar, or locate the vehicle's current location. In order to detect and proactively fix issues related to the Tesla app's functionality, address any customer complaints, and to prevent unauthorized access or misuse, certain general usage information associated with your account or VIN may be shared with us. For example, if you use the Tesla app to change the vehicle's cabin temperature, we may collect that this command was successful or unsuccessful, without any further details, such as the change in degrees.

4. **Autopilot Data**
Tesla vehicles make use of a camera suite that provides advanced features such as Autopilot, Smart Summon, and Autopark. Camera functionality has been designed from the ground up to protect your privacy. Tesla does not capture continuous recordings or have live-view functionality. By default, advanced autonomous features that rely on the external cameras are processed without ever leaving your vehicle. There are two types of camera recordings that are eligible to be transmitted from your vehicle to Tesla: Safety Event and Fleet Learning camera recordings.

  A. Safety Event camera recordings are automatically captured only if a serious safety event occurs such as a vehicle collision or airbag deployment. These short clips are up to 30 seconds and associated with your VIN in order to aid in providing emergency services, vehicle evaluation, and Roadside Assistance (and such recordings may include timestamp and location metadata).

  B. Fleet Learning camera recordings use the vehicle's external cameras to learn how to recognize things like lane lines, street signs and traffic light positions. The more fleet learning of road conditions we are able to do, the better your Tesla's self-driving ability will become. We want to be very clear that in order for Fleet Learning camera recordings to be shared with Tesla, your consent for Data Sharing is required and can be controlled through the vehicle's touchscreen at any time by navigating to Software> Data Sharing. Even if you choose to opt-in, the camera recordings are limited to 30 seconds and remain anonymous, ensuring it's not linked to you or your vehicle.

**Dashcam:** Dashcam is a feature available to customers, provided a properly configured USB drive is used. All recorded video is stored locally on the USB drive and not transmitted to Tesla.

Before enabling this feature, please remember to consult your country's local laws related to dashcam usage in order to comply with all regulations and property restrictions.

**Sentry Mode:** This feature uses the vehicles sensors and external cameras to detect and notify you when there is suspicious activity or a significant threat to your vehicle while parked. If a threat is detected, such as someone leaning on the car, Sentry Mode will flicker the headlights, display a message on the touchscreen indicating that the cameras are recording, and save footage of the event to your USB drive (if installed). Sentry Mode footage is not transmitted to Tesla. For significant threats, such as a window break-in, the vehicle will also send an alert to the mobile app paired with the car, activate the security alarm, and generate a loud unexpected sound from the audio system. Sentry Mode footage is saved to onboard memory and can be viewed directly from the vehicle's touchscreen. Sentry Mode can also operate in a similar manner without a USB drive installed, with the ability to send you an alert to your phone if a threat is detected — however, footage of the event would not be available.

If you have enabled Sentry Mode Live Camera Access, this allows you to remotely view your car's surroundings while in park, and also honk, flash headlights, and talk through the car's speaker. Audio from the car's surroundings is not recorded. To enable or disable, tap Controls > Safety & Security. When in use, the car's headlights will pulse and the touchscreen will show Sentry Mode is activated. Live Camera is end-to-end encrypted and cannot be accessed by Tesla.

Please note it is your sole responsibility to consult and comply with all local regulations and property restrictions regarding the use of cameras.

**Cabin Camera**: Model 3 and Model Y vehicles, and 2021 or newer Model S and Model X vehicles are equipped with a Cabin Camera that is located above the rear-view mirror. For eligible vehicles, the cabin camera can determine driver inattentiveness and provide you with audible alerts, to remind you to keep your eyes on the road when Autopilot is engaged. To protect your privacy, camera images do not leave the vehicle itself and are not transmitted to anyone, including Tesla, unless you enable data sharing. Even in the event of a safety concern like a collision, only a log of the alerts displayed to the driver may be transmitted to Tesla, excluding camera data. If you choose to enable data sharing, in the occurrence of a serious safety risk or a safety event like a collision, it allows the vehicle to share short video clips with Tesla to help us further develop future safety features and software enhancements such as collision avoidance updates and more. To adjust your data sharing preferences, use your vehicle's touchscreen to tap Controls > Software > Data Sharing > Allow Cabin Camera Analytics. To protect your privacy, this data is not linked to your VIN, and used to continuously improve the intelligence of features that rely on Cabin Camera. You may change this setting at any time.

# How We May Use Your Information

We may use the information we collect to:

- Communicate with you
- Fulfill our products and services
- Improve and enhance development of our products and services

This includes contacting you to advise you of important safety-related information, to notify first responders in the event of an accident involving your vehicle, present products and offers tailored to you, or to respond to your inquiries and fulfill your requests for product information, Tesla Updates, and other events.

Show less

When you contact us for information or make a purchase, we may use the data collected for a variety of purposes. Below are examples of what we may use your personal data for in delivering the most seamless vehicle and energy experience imaginable.

## Reasons for Processing

### Communicate with you

- To respond to your inquiries and fulfill your requests
- To offer you information on contests, events, and promotions and to administer these activities
- To share administrative information with you, such as changes to our terms, conditions, and policies
- For educational and awareness purposes on topics that interest you
- To advise you of important safety-related information about your vehicle or energy product or to notify first responders in the event of an accident involving your vehicle
- To conduct research, surveys, and obtain your feedback

#### Fulfill our products and services

- To complete your purchase, request for product leasing or financing, and have your order installed or delivered to you
- To process your payment for a product or service
- To process, assist and provide related customer support
- To monitor your Tesla product's performance and provide related services, including over-the-air updates
- To understand, triage, and fix issues or concerns with products and services

#### Improve and enhance development of our products and services

- To conduct research, develop and promote new products and services, and to improve or modify our existing services
- To analyze and improve the safety and security of our products and services
- For business purposes such as data analytics, audits, fraud monitoring and prevention, business planning, determining effectiveness of campaigns, reporting, and forecasting

#### Other circumstances

- To fulfill contractual obligations with third parties, agents and affiliates
- To analyze, reconstruct, investigate or otherwise determine the cause of a vehicle-related incident or accident
- To comply with legal obligations, law enforcement, and other government requests
- To establish, exercise, or defend legal claims
- As otherwise permitted or directed by you

Tesla retains personal data only for as long as necessary to fulfill the purposes for which it was collected, including as described in this Privacy Notice, in our service-specific notices, or as required by law. The criteria for determining data retention may include consideration of its use, our relationship with you, whether there is an existing contract for services, whether you have provided your consent, or if there is a legal requirement to retain certain data. We carefully examine whether it is necessary to retain the personal data collected and work to ensure that the data is retained for the shortest period possible.

When we process personal data about you, we do so with your consent and/or as required to provide the products or services you use, operate our business, meet our contractual and legal obligations, protect the security of our systems, products and our customers, or fulfill other legitimate interests of Tesla. We do not share information that personally identifies you with third parties for their marketing purposes unless you opt-in to that sharing. For more details regarding which legal justification Tesla relies on for each data processing activity, see "Purpose and Legal Basis" in the above section "Information We May Collect".

We may also use and disclose information about you if we believe in good faith that that the law requires it for purposes of security, fulfilling our legal obligations (such subpoenas or court orders), law enforcement, or other issues of public importance, disclosure is necessary or appropriate. We may also share information about you, where there are legal grounds to do so, if we determine that disclosure is reasonably necessary to enforce our Terms of Use or protect our operations or customers. This could include providing information to public or governmental authorities. Additionally, in the event of a reorganization, merger, change of control, or sale we may transfer any personal data we collect to the relevant third party.

## Collection and Use of Non-Personal Data

Except as described here, Tesla may also collect, use, and share information that does not, on its own, personally identify you. Such information may be used for any purpose, including for example, for operational or research purposes, for industry analysis, to improve or modify our products and services, to better tailor our products and services to your needs, and where legally required.

## Sharing Your Information

We may share information with:

- Our service providers, business partners and affiliates
- Third parties you authorize
- Other third parties as required by law

We limit how, and with who, we share your personal data. Examples of when we may share your

information include, payment processing, order fulfillment, product installation, customer service, marketing, financing, service or repair, and other similar services.

Show less

We do not sell your personal data to anyone for any purpose, period. The table below illustrates who Tesla may share your personal data with depending on your interactions with us or purchases you make.

### Our service providers, business partners and affiliates

| Categories of Recipients | Description | Reason for Sharing |
| --- | --- | --- |
| Affiliates and subsidiaries | Companies that are owned or controlled by Tesla, or where we have a substantial ownership interest | To assist, operate, enhance, and fulfill services on our behalf based on our legitimate interests to outsource certain operations |
| Service providers and business partners | Companies we've hired to provide services like customer support, product financing, repair estimate providers, infrastructure, and other professional service providers | To assist, operate, and fulfill services on our behalf based on our legitimate interests to outsource certain operations |
| Payment processors | Companies we contract with to securely process your payment details | To enable payment processing based on our contract with you, and fraud prevention in line with our legitimate interests |

### Third parties you authorize

| Categories of Recipients | Description | Reason for Sharing |
| --- | --- | --- |
| Financial institutions | Companies that process credit applications for lease and financing offerings | To confirm your eligibility, and process your request for service based on your consent or our contract with you |
| Energy utilities and energy services companies | Companies that deploy and distribute energy to your home from the grid | To fulfill your request for Energy products and services based either on your consent, our contract with you or pre-contractual arrangements requested by you |
| Certified energy installers | Partners who may perform financing, permitting, inspections and installations | To perform, assist, and fulfill services on either our behalf or yours based on your consent or our contract with you |
| Third party service and repair centers | Third party service locations we partner with to provide you with quality repair | To facilitate service and repairs, and improve costs and service based on our contract with you and our legitimate interests in improving costs and service |

### Other third parties as required by law or other circumstances

| Categories of Recipients | Description | Reason for Sharing |
| --- | --- | --- |
| Law enforcement and government authorities | Disclosure of information as required by law, or when otherwise appropriate | To comply with applicable laws based on our legal obligation or legitimate interests |
| Government-offered incentive or credit programs | Disclosure of information as required by the program such as VIN | To comply with the participation terms of the offered program based on our legitimate interests |

The personal data we collect may be shared between Tesla and our subsidiaries, affiliates (companies that are owned or controlled by Tesla, or where we have a substantial ownership interest), third party service providers, channel partners, suppliers, and others when necessary to perform services on our or on your behalf. For example, companies we've hired to provide customer service support or assist in protecting and securing our systems and services may need access to personal data to provide those functions. In such

cases, these companies must abide by our privacy and data protection requirements and are not allowed to use personal data they receive from us for any other purpose.

In addition, we may share information with:

**Third party service providers** and channel partners to provide services such as website hosting, data analysis and storage, payment processing, order fulfillment and product installation, wireless connectivity to Tesla products, information technology and related infrastructure, customer service, product design, product diagnostics, maintenance or related services, email delivery, credit card processing, auditing, marketing, voice command processing, and other similar services.

**Subsidiaries and affiliates** (such as Tesla Insurance Services, Inc.) to develop new and improve existing products and services, perform data analysis, and reporting. For example, in the event you request service/repair of your vehicle from a service center or body shop that is operated either by Tesla or by a third party, we may share information about your vehicle, repair, and associated personal data to optimize your experience, accurately price repairs, and improve our business practices.

**Repair estimate providers** and any insurance company to enable Tesla or third party service centers to perform services on your vehicle such as repair or maintenance. When you request Tesla to perform certain services, we share limited information about you and the vehicle with these parties to help provide you with an accurate repair estimate and to facilitate payment. Repair estimate providers may use this information in the aggregate to create and publish industry analytics.

**Other third party business partners** to the extent that they are involved in the purchase, lease, or service of your Tesla products. We share limited information from or about you or your Tesla products to allow you to take advantage of those services if you elect to utilize them, with such partners as finance institutions, leasing, registration, title companies, electric utilities, permitting authorities and insurance companies.

**Third parties you authorize**, such as:

- Certified installers, where we may directly or indirectly sell you the energy products that you have requested, or where the Certified Installer owns or is financing your energy products.
- Third party utilities or energy services companies, where required by tariff or regulation or you have agreed to allow them to monitor or control your energy product.
- With third party service centers or providers, if you choose to utilize them. Note that some information about you is stored on certain Tesla products and may be accessible directly to the third party service centers or providers that you choose to utilize to diagnose or service your Tesla product.
- Third-party sponsors of contests and similar promotions, if you elect to participate; With your social media account provider, if you connect your Tesla Account and your social media account. If you do so, you authorize us to share information with your social media account provider and you understand that the use of the information we share will be governed by the social media account provider's privacy notice.

**Third parties when required by law or other circumstances**, such as:

- To comply with a legal obligation (such as subpoenas or other court orders); in response to a lawful request by governmental authorities conducting an investigation, including to comply with law enforcement requirements and regulator inquiries; to verify or enforce our policies and procedures; to respond to an emergency; to prevent or stop activity we may consider to be, or to pose a risk of being, illegal, unethical or legally actionable; or to protect the rights, property, safety, or security of our products and services, Tesla, third parties, visitors, or the public, as determined by us in our sole discretion.
- With your employer or other fleet operator or the owner of the Tesla product, if you do not directly own it, as authorized by local law.
- In some jurisdictions, Tesla participates in government programs voluntarily or where required by law, such as incentive or credit programs related to environmental goals, energy reduction, or introduction of new technology. Tesla's participation assists us and governments to scale investments and support introduction of our technologies including electric vehicle, electric storage, and charging. Participation in some programs may require that Tesla share certain limited vehicle information and energy generation, charging, or storage information such as vehicle identification number or home address with government or regulatory agencies as dictated by the terms of these programs.
- When you accept a government-offered purchase incentive or otherwise participate in government incentive programs, Tesla may be required to provide some information to government, or its designated administrators, pertaining to your purchase, participation and eligibility in order to process the purchase incentive.
- With a third party in connection with any reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of our business, assets, or stock (including in connection with any insolvency or similar proceedings).

## Choice and Transparency

We enable you to obtain access and control the data that we collect, use, and share. Through device permissions, in-app settings, communication preferences, your Tesla Account, and in-vehicle data sharing controls — you are in the driver's seat, even when it comes to your data.

Show less

- Rights and Choices
- California Privacy Disclosure
- Protection of Personal Data
- International Transfers
- Updates to this Notice

### Rights and Choices

**Tesla Updates:** When you request information, purchase a product, or sign up for promotional communications, Tesla may contact you by email, call, text, or via the Tesla app about promotions, our products and services, and other information that may be of interest to you. If you no longer want to receive promotional-related emails or messages, you may opt out at any time by following the unsubscribe instructions in the communication received from us, by changing your communication preferences, or by telling us using any method from the Privacy Questions section. If you receive a call or text from us and do not want to receive similar calls in the future, or if you do not want to receive automated calls, simply ask to be placed on our "do not call" list. Please note that we may still be required to send you administrative or other important messages, such as billing notices or policy changes, even if you opt out of receiving other communications.

**Data Sharing:** Tesla enables you to control what you share. Within your vehicle's touchscreen you may enable or disable the collection of certain vehicle data (Software > Data Sharing), including Autopilot Analytics & Improvements and Road Segment Data Analytics. If you choose to enabled data sharing, your vehicle may collect the data and make it available to Tesla for analysis. This analysis helps Tesla improve its products, features, and diagnose problems quicker. The collected information is not linked to your account or VIN and does not identify you personally. Depending on your selections, analytics may include details about your vehicle, its configuration, performance, software version, and short video clips or images. In order to protect your privacy, personal data is either not logged at all, is subject to privacy preserving techniques, or is removed from any reports before they're sent to Tesla.

**Data Privacy Requests:** We want you to be in control of how your personal data is used by us. Subject to local law, you may have the right to be informed of, and request access to, the personal data we process about you; update and correct inaccuracies in that information; have the information restricted or deleted; object or withdraw your consent to certain uses of data; and lodge a complaint with your local data protection authority. You may also have the right not to be subject to automated decision-making, including profiling, where it would have a legal or similarly significant effect on you; and the right to data portability with regard to the data you provided to us. Tesla enables you to exercise those rights in a variety of ways, including by:

- Submitting a data privacy request online
- Emailing us at privacy@tesla.com
- Writing to us at Tesla Inc, Attn: Legal – Privacy, PO Box 15430, 240 Francisco Lane, Fremont, CA 94539, United States.
- By accessing your Tesla Account to update your information at any time

When contacting Tesla and where your issue requires it, we may request more information from you, such as to verify identity, or indicate that a response will require additional time. You may at any time refer your complaint to the relevant regulator in your jurisdiction if you are unsatisfied with a reply received from us. If you ask us, we will endeavor to provide you with information about relevant complaint avenues which may be applicable to your circumstances.

### California Privacy Disclosure

California residents have a right to knowledge, access, and deletion of their personal data under the California Consumer Privacy Act. California residents also have a right to opt out of the sale of their personal data by a business and a right not to be discriminated against for exercising one of their California privacy rights. Tesla does not sell your personal data to anyone for any purpose, and does not discriminate in response to privacy rights requests.

Tesla provides disclosure of our data practices in this Privacy Notice. This includes what personal data is collected, the source of the personal data, and the purposes of use, as well as whether Tesla discloses that personal data and if so, the categories of third parties to whom it is disclosed. California residents who have purchased a Tesla product or service may exercise their rights directly (or through an authorized agent) by signing in to their Tesla Account and making a data privacy request. If you are a California

resident without a Tesla Account and you would like to exercise your privacy rights, requests may also be made by:

- Emailing us at privacy@tesla.com
- Calling us at 1-844-288-3752
- Writing to us at Tesla Inc, Attn: Legal – Privacy, PO Box 15430, 240 Francisco Lane, Fremont, CA 94539, United States.

If you do not have a Tesla account, Tesla may ask you for information which we consider necessary to verify your identity for security and to prevent fraud. This information may include name, contact information, and information related to your transaction or relationship with Tesla, but the specific information requested may differ depending on the circumstances of your request for your security and to protect privacy rights. If you request deletion of your personal data, please note, that we will both render certain personal data about you permanently unrecoverable and also de-identify certain personal data.

## Protection of Personal Data

Tesla uses administrative, technical, and physical safeguards to protect your personal data, taking into account the nature of the data and the threats posed. Tesla has implemented a variety of safety and security features to consistently protect your information. For example, your Tesla Account includes owners resources, guides and important documents, so we offer multi-factor authentication to protect your account. Each Tesla vehicle also includes a feature called Pin to Drive allowing you to set a secure four-digit verification code that must be entered before the car is driven. In addition, if you sell or transfer your vehicle to another person, Tesla makes it easy to perform a factory reset and remove your personal data before giving your car to a new owner (Controls > Service > Factory Reset).

We also implement other appropriate technical and organizational measures to help safeguard and secure your personal data. Unfortunately, no data transmission or storage system can be guaranteed to be 100% secure. If you have reason to believe that your interaction with us is no longer secure or compromised, please immediately notify us by using the contact information below.

This Notice does not address, and we are not responsible for, the privacy, information, or other practices of any third parties, including any third party operating any site or service to which we may link to on this Notice. The inclusion of such a link does not imply endorsement of the linked site or service by us or by our affiliates, nor does it imply an affiliation with the third party. Additionally, we are not responsible for the collection, use, or disclosure policies and practices (including the data security practices) of other organizations, such as any other app developer, app provider, social media platform provider, operating system provider, or wireless service provider, including any information you disclose to other organizations through or in connection with our software applications or social media pages. In addition, our products and services are not directed to individuals under the age of sixteen, and we request that such individuals not provide any information to Tesla.

## International Transfers

Tesla is a global company, and we operate internationally. By making a purchase or otherwise submitting your personal data to us, your information may be transferred to Tesla in the United States and countries other than your place of residence or in which the information was originally collected. For example, where we have facilities or in which we engage service providers. Tesla complies with laws on the transfer of personal data between countries to help ensure your data is protected as described in this Notice, wherever it may be.

We may rely on various legal grounds to collect, use, and otherwise process your information, including: your consent; that the information is necessary for the performance of a contract with you; to comply with a legal obligation; to protect your, or someone else's vital interests; or for a legitimate interest that is balanced against your rights and interests. These legitimate interests may include Tesla's interest in improving its products and services, enhancing safety and security, protecting Tesla or its business partners against wrongful conduct, and responding to customer inquiries and claims. Where applicable, we will inform you whether and why we need certain information from you, for example, whether we need the information to fulfill a legal or contractual requirement and what the consequences are of not providing the information.

If you are located in the European Economic Area (EEA), the United Kingdom (UK), or Switzerland, we ensure that the transfer of your personal data is carried out in accordance with applicable privacy laws and, in particular, that appropriate contractual, technical, and organizational measures are in place. Tesla's international transfer of personal data collected in the EEA, the UK, and Switzerland is governed by Standard Contractual Clauses. The controller of personal data relating to individuals located in the EEA, UK, or Switzerland, is Tesla International B.V. in the Netherlands. For questions or concerns please contact our Data Protection Officer, by emailing privacy@tesla.com, or by writing to us at Tesla International B.V., Attn: Privacy – DPO, 122 Burgemeester Stramanweg, 1101 EN Amsterdam, Netherlands. You may also contact and have the right to lodge a complaint with the Dutch Data Protection Authority or your local data protection authority.

## Updates to this Notice

This Notice sets out the essential details relating to your personal data relationship with Tesla. From time to time, we may develop new capabilities, features, or offer additional services which may require we make material changes to this Notice. When we do, we'll let you know by revising the date this Notice was last updated on our website. Other times, we may provide you with additional notice (such as an email) with more information about the revisions. Unless stated otherwise when we introduce these new or additional services, they will be subject to this Notice and become effective when we post it on our website.

Tesla © 2023    Privacy & Legal    Vehicle Recalls    Contact    Careers    News    Engage    Locations