1  **FITZGERALD JOSEPH LLP**
   JACK FITZGERALD (SBN 257370)
2  *jack@fitzgeraldjoseph.com*
   PAUL K. JOSEPH (SBN 287057)
3  *paul@fitzgeraldjoseph.com*
   MELANIE PERSINGER (SBN 275423)
4  *melanie@fitzgeraldjoseph.com*
   TREVOR M. FLYNN (SBN 253362)
5  *trevor@fitzgeraldjoseph.com*
   CAROLINE S. EMHARDT (SBN 321222)
6  *caroline@fitzgeraldjoseph.com*
7  2341 Jefferson Street, Suite 200
   San Diego, California 92110
8  Phone: (619) 215-1741

9  **BLOOD HURST & O'REARDON, LLP**
10 TIMOTHY G. BLOOD (SBN 149343)
   *tblood@bholaw.com*
11 THOMAS J. O'REARDON II (SBN 247952)
   *toreardon@bholaw.com*
12 JAMES M. DAVIS (SBN 301636)
   *jdavis@bholaw.com*
13 501 West Broadway, Suite 1490
14 San Diego, CA 92101
   Phone: (619) 338-1100
15
   *Counsel for Plaintiffs*
16

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH and G.Y., a minor by and through his guardian Henry Yeh, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 23-cv-01704-JCS<br><br>**RESPONSE REGARDING TESLA, INC.'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**<br><br>**[DKT NOS. 22 & 23]** |

On June 30, 2023, Plaintiffs filed a First Amended Complaint, adding a plaintiff (a minor child) and additional factual allegations. Dkt. No. 32. "[I]t is well-established that an amended pleading supersedes the original pleading and renders it of no legal effect," *Williams v. County of Alameda*, 26 F. Supp. 3d 925, 936 (N.D. Cal. 2014) (citing *Doe v. Unocal Corp.*, 27 F. Supp. 2d 1174, 1180 (C.D. Cal. 1998); *William Schwarzer, et al., Federal Civil Procedure Before Trial*, § 8:1550 (2010)). When an "amended pleading supersedes the original pleading" any "motions directed at [the] superseded pleadings may be denied as moot." *Neeser v. MAC Acquisition LLC*, 2022 WL 179139, at *1 (W.D.N.C. Jan. 18, 2022) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect.")); *see also Colin v. Marconi Commerce Sys. Employees' Ret. Plan*, 335 F. Supp. 2d 590, 614 (M.D.N.C. 2004) ("Earlier motions made by Defendants were filed prior to and have been rendered moot by Plaintiffs' filing of the Second Amended Complaint"); *cf. Hoai Dang v. Samsung Elecs. Co.*, 2018 WL 6308738, at *2 (N.D. Cal. Dec. 3, 2018) ("Due to Plaintiff's filing of the amended complaint, the Court denied as moot Samsung's then-pending motion to dismiss and motion to compel arbitration"), *aff'd sub nom. Dang v. Samsung Elecs. Co., Ltd*, 803 F. App'x 137 (9th Cir. 2020).

In light of Plaintiffs filing of the First Amended Complaint, the Court should deny as moot, and without prejudice, Tesla, Inc.'s motions to dismiss and to compel arbitration.

Dated: June 30, 2023

Respectfully submitted,

/s/ Jack Fitzgerald

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110

1

*Yeh v. Tesla, Inc.*, Case No. 23-cv-01704-JCS
RESPONSE REGARDING TESLA, INC.'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION

Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Counsel for Plaintiffs*