UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-01704-JCS<br><br>**ORDER DENYING MOTIONS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 22, 23 |

In response to Defendant's Motion to Compel Arbitration (dkt. no. 22) and Motion to Dismiss (dkt. no. 23) ("Motions"), Plaintiff Henry Yeh has filed a first amended complaint, rending the Motions moot. Therefore, the Court DENIES the Motions without prejudice to Defendant's bringing motions to dismiss and/or to compel arbitration directed at the allegations in the amended complaint. The motion hearing set for August 18, 2023 is vacated. The Initial Case Management Conference set for the same date shall remain on calendar but will be moved to 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 5, 2023

JOSEPH C. SPERO
United States Magistrate Judge