MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

*Attorneys for Defendant
TESLA, INC.*

FITZGERALD JOSEPH LLP
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Attorneys for Plaintiffs Henry Yeh And G.Y*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH and G.Y., a minor by and through his guardian Henry Yeh, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[N.D. Cal. Civ. L.R. 6-1(b) & 6-2]<br>Judge:        Hon. Joseph C. Spero<br>Compl. Filed:        April 7, 2023 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO
COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to N.D. Cal. Civ. L.R. 6-1 and 6-2, and as supported by the Declaration of Mark A. Feller filed herewith, Defendant Tesla, Inc. and Plaintiffs Henry Yeh and G.Y. (together, the "Parties"), by and through their undersigned counsel, stipulate and move the Court as follows:

WHEREAS, Plaintiff Henry Yeh filed this action on April 7, 2023 (Dkt. No. 1);

WHEREAS, on June 2, 2023, Tesla filed a Motion to Compel Arbitration (Dkt. No. 22) and an alternative Motion to Dismiss (Dkt. No. 23);

WHEREAS, on June 13, 2023, the Court granted the Parties' Stipulated Request for Order Changing Time and ordered, among other things, that Tesla file any response to an Amended Complaint on or before July 14, 2023 (Dkt. No. 27);

WHEREAS, on June 30, 2023, Plaintiffs filed their First Amended Complaint ("FAC"), which contains new allegations and adds a new plaintiff, G.Y., Plaintiff Yeh's minor son (Dkt. No. 32);

WHEREAS, on July 5, 2023, the Court denied Tesla's pending Motions as moot "without prejudice to bringing motions to dismiss and/or to compel arbitration directed at the allegations in the amended complaint" (Dkt. No. 35);

WHEREAS, as a result of Tesla's counsel having several competing deadlines in other matters and Plaintiffs' counsel's vacation schedule, the Parties agreed to an extension of time for Tesla to respond to the FAC, including filing a motion to compel arbitration on an individual basis and a renewed motion to dismiss Plaintiffs' FAC, from July 14, 2023 to July 31, 2023 and set Plaintiffs' deadline to respond to those motions at August 21, 2023;

THEREFORE, the Parties having met and conferred and, through their respective counsel, stipulate to the following briefing schedule with respect to Tesla's Motions:

1. Tesla shall file its motion to compel arbitration and its motion dismiss the FAC on or before July 31, 2023;

2. Plaintiffs shall file responses to those motions on or before August 21, 2023;

3. Tesla shall file replies in support of its motions on or before August 28, 2023; and

4. The hearing the motions is set for September 8, 2023.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

IT IS SO STIPULATED AND AGREED.

Dated: July 11, 2023

By   */s/ Mark A. Feller*
MORGAN, LEWIS & BOCKIUS, LLP
Mark A. Feller
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000

*Attorneys for Defendant Tesla, Inc.*

Dated: July 11, 2023

By   */s/ Jack Fitzgerald*
FITZGERALD JOSEPH LLP
Jack Fitzgerald
jack@fitzgerald.com
2341 Jefferson Street, Suite 200
San Diego, Ca 92110
Phone: (619) 215-1741

*Attorneys for Plaintiffs Henry Yeh and G.Y.*

**SIGNATURE ATTESTATION**

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 11, 2023            */s/ Mark A. Feller*
Mark A. Feller

2

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES