UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH and G.Y., a minor by and through his guardian Henry Yeh, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[N.D. Cal. Civ. L.R. 6-1(b) & 6-2]<br>Judge:         Hon. Joseph C. Spero<br>Compl. Filed:         April 7, 2023 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

The Court having considered the Parties' Stipulated Request For Order Changing Time For Defendant To File Its Motions To Compel Arbitration And To Dismiss Plaintiffs' Amended Complaint, and finding good cause, **HEREBY ORDERS**:

1. Tesla shall file its motion to compel arbitration and its motion to dismiss Plaintiffs' Amended Complaint on or before July 31, 2023;
2. Plaintiffs shall file responses to those motions on or before August 21, 2023;
3. Tesla shall file replies in support of its motions on or before August 28, 2023;
4. The hearing the motions is set for September 8, 2023.

**IT IS SO ORDERED**.

DATED: _____

HON. JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT