MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

*Attorneys for Defendant*
*TESLA, INC.*

FITZGERALD JOSEPH LLP
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (SBN 149343)
*tblood@bholaw.com*
THOMAS J. O'REARDON II (SBN 247952)
*toreardon@bholaw.com*
JAMES M. DAVIS (SBN 301636)
*jdavis@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Attorneys for Plaintiffs Henry Yeh And G.Y*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH and G.Y., a minor by and through his guardian Henry Yeh, on behalf of themselves, all others similarly situated, and the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC., <br><br> Defendant. | Case No. 3:23-cv-01704-JCS <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS REPLIES IN SUPPORT OF ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS AND RESETTING THE MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** <br><br> [N.D. Cal. Civ. L.R. 6-1(b) & 6-2] <br><br> Judge: Hon. Joseph C. Spero <br><br> Compl. Filed: April 7, 2023 |

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS
REPLIES IN SUPPORT OF ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS
AND RESETTING THE MOTION HEARING AND CMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to N.D. Cal. Civ. L.R. 6-1 and 6-2, and as supported by the Declaration of Mark A. Feller filed herewith, Defendant Tesla, Inc. and Plaintiffs Henry Yeh and G.Y. (together, the "Parties"), by and through their undersigned counsel, stipulate and move the Court as follows:

WHEREAS, on July 11, 2023, the Parties submitted a proposed stipulation governing the briefing schedule for Tesla's Motions to Compel Arbitration And Dismiss ("Motions") (Dkt. No. 36);

WHEREAS, the proposed stipulation provided that Tesla would file replies in support of the Motions by August 28, 2023 and requested that the Motions be heard on September 8, 2023 (*Id.*);

WHEREAS, on July 14, 2023, the Court granted the Stipulation, but revised the stipulation to set the Motion Hearing Date and Initial Case Management Conference to occur on September 15, 2023 at 9:30 a.m. (Dkt. No. 37);

WHEREAS, Tesla's lead counsel is scheduled for trial (as lead trial counsel) in Fort Myers, Florida, from September 12 – September 29, 2023 and is unable to attend the on the Motion Hearing and Initial Case Management Conference as currently scheduled;

WHEREAS, as a result of Tesla's counsel's trial conflict, the Parties agreed to reset the Motion Hearing and Initial Case Management Conference date to October 6, 2023, October 13, 2023, or another date convenient for the Court and the Parties;

WHEREAS, due to the continuing of the motion hearing date and the number of issues raised in Plaintiffs' Oppositions to the Motions, the Parties agreed to reset Tesla's deadline to submit replies for August 31, 2023;

THEREFORE, the Parties having met and conferred and, through their respective counsel, stipulate as follows:

1. Tesla shall file replies in support of its Motions on or before **August 31, 2023**; and
2. The hearing for the Motions and the Initial Case Management Conference is reset for **October 6, 2023.**

IT IS SO STIPULATED AND AGREED.

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS REPLIES IN SUPPORT OF ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS AND RESETTING THE MOTION HEARING AND CMC

Dated: August 23, 2023

By   */s/ Mark A. Feller*
MORGAN, LEWIS & BOCKIUS, LLP
Mark A. Feller
*mark.feller@morganlewis.com*
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000

*Attorneys for Defendant Tesla, Inc.*

Dated: August 23, 2023

By   */s/ Jack Fitzgerald*
FITZGERALD JOSEPH LLP
Jack Fitzgerald
*jack@fitzgerald.com*
2341 Jefferson Street, Suite 200
San Diego, Ca 92110
Phone: (619) 215-1741

*Attorneys for Plaintiffs Henry Yeh and G.Y.*

## **SIGNATURE ATTESTATION**

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 23, 2023            */s/ Mark A. Feller*
                                                      Mark A. Feller

2
STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANT TO FILE ITS REPLIES IN SUPPORT OF ITS MOTIONS TO COMPEL ARBITRATION AND TO DISMISS AND RESETTING THE MOTION HEARING AND CMC

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles