MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Brian M. Ercole
(*admitted pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEH and G.Y., a minor by and through his guardian Henry Yeh, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-01704-JCS<br><br>**STATEMENT OF DECISIONS PURSUANT TO LOCAL RULE 7-3(D)(2) RELATING TO DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS THE ACTION**<br><br>Hearing Date:  October 20, 2023<br>Time:  9:30 a.m.<br>Ctrm:  F, 15th Floor<br>Judge:  Hon. Joseph C. Spero<br><br>Compl. Filed:  April 7, 2023 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STATEMENT OF DECISIONS PURSUANT TO LOCAL RULE 7-3(D)(2) RELATING TO DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS THE ACTION

Pursuant to Local Rule 7-3(d)(2), Defendant Tesla, Inc. ("Tesla") submits this Statement Of Recent Decisions in support of its Motion To Compel Arbitration Of Plaintiffs' Claims On An Individual Basis And Dismiss The Action ("Motion to Compel Arbitration") (Dkt. No. 38). Tesla calls the Court's attention to two recent decisions from this District that were issued after the completion of briefing on Tesla's pending Motion To Compel Arbitration:

1. Judge Haywood S. Gilliam's recent Order Granting Motion To Compel Arbitration, Granting Motion To Dismiss, And Denying Motion For Preliminary Injunction (Dkt. No. 57) in the case captioned *In re Tesla Advanced Driver Assistance Systems Litig.*, Case No. 22-cv-05240-HSG (N.D. Cal.) This decision was issued on September 30, 2023 and is attached hereto as **Exhibit A**.

2. Judge Trina L. Thompson's recent Order Granting Motion To Compel Arbitration (Dkt. No. 112) in the case captioned *Virginia M. Lambrix et al. v. Tesla, Inc.*, Case No. Case No. 23-cv-01145-TLT (N.D. Cal.) The decision was issued on September 27, 2023 and is attached hereto as **Exhibit B**.

DATED: October 2, 2023          Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By   s/ *David L. Schrader*
    David L. Schrader

*Attorneys for Defendant Tesla, Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STATEMENT OF DECISIONS PURSUANT TO LOCAL RULE 7-3(D)(2) RELATING TO DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS THE ACTION